

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

FILED
AUG 0 2 2010
DENNIS P. IAVARONE, CLERK
US DIST COURT, EDNC
BY _____ DEP CLK

July 27, 2010

The Honorable James C. Fox
Senior U.S. District Judge
Alton Lennon Fed. Bldg & Courthouse
2 Princess Street
Wilmington, NC 28401

RE: Hasty, Michael
    Register Number:   21010-056
    Docket Number:    7:01-CR-098-1F

Dear Judge Fox:

The above-referenced individual was admitted to the Mental Health Unit of this facility on April 13, 2010 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Hasty, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility. If this request is granted, the evaluation period will end on August 10, 2010. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

Sara M. Revell, Complex Warden

SMR/kfs

GRANTED/DENIED (Circle One)

Signature: _____    DATE: 8/2/10
    District Judge James C. Fox

cc: Banu Rangarajan, Assistant United States Attorney
    David Bragdon, Assistant United States Attorney
    Edwin C. Walker, Defense Attorney