UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:01-CR-00098-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MICHAEL WIENELL HASTY | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 63 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the  27th  day of August, 2010.

*James C. Fox*
HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE