UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-00098-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) <u>ORDER TO HOSPITALIZE DEFENDANT</u> |
| V. | ) <u>FOR TREATMENT FOR AN ADDITIONAL</u> |
| | ) <u>FOUR MONTHS AND TO CONTINUE</u> |
| MICHAEL WIENELL HASTY | ) <u>COMPETENCY AND REVOCATION HEARING</u> |

The United States moved that the defendant be ordered to be hospitalized at a suitable facility for treatment for an additional four months to restore the defendant to competency under 18 U.S.C. § 4241(d)(2). Based on the August 12, 2010 report by Dr. Newman and Dr. Reardon, the Court finds that there is a substantial probability that within this time period, the defendant's competency will be restored.

This four month period of treatment will begin once the defendant returns to a suitable facility for treatment. For good cause shown, the Court continues the Competency and Revocation Hearing until January 3, 2011.

IT IS SO ORDERED, this the 27 day of August, 2010.

*James C. Fox*
Honorable James C. Fox
Senior United States District Judge